UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | BANKRUPTCY NO. |
| **Dwayne Leonard Boudreaux, Sr.** | 21-10940 |
| **Terry Lynn Boudreaux** | SECTION A |
| DEBTOR(S) | CHAPTER 7 |

## ORDER

Considering the Application to Have the Chapter 7 Filing Fee Waived filed by the Debtor **(P-3)**;

**IT IS ORDERED** *sua sponte* that a hearing on the Application to Have the Chapter 7 Filing Fee Waived filed by the Debtor(s) **(P-3)** is hereby scheduled for **Wednesday, August 18, 2021 at 1:00 p.m.** The parties are to participate by phone and dial in at 1(888) 684-8852, access code: 9318283.

**IT IS FURTHER ORDERED** that any written objection to the Application be filed no later than seven (7) days prior to the scheduled hearing.

New Orleans, Louisiana, July 22, 2021.

Meredith S. Grabill
U.S. Bankruptcy Judge