IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO: 21-10940 |
| BOUDREAUX, DWAYNE LEONARD SR.<br>BOUDREAUX, TERRY LYNN | CHAPTER 7 |
| | SECTION A |
| DEBTOR(S) | |

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

This matter was to come before the court on February 16, 2022, as a hearing on approval of the *Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Reimbursement of Expenses and Proposed Distribution* [ECF No. 39, 40] filed herein.

Proper notice having been given to all creditors and parties in interest and no timely objections having been filed and considering that the report has been reviewed by the U.S. Trustee,

**IT IS ORDERED** that the *Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Reimbursement of Expenses, and Propose Distribution* is APPROVED and that the funds be distributed in accordance therewith.

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, February 25, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE